**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SHELBY ARRON,**

:

**Plaintiff,**

**v.**

**BRANDI CUSTER, *et al.*,**

:

**Defendants.**

**Case No. 2:26-cv-464**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge S. Courter M. Shimeall**

**ORDER**

This matter is before the Court on the Order and Report and Recommendation ("R&R") issued by the Magistrate Judge on August 10, 2026. (ECF No. 5.) Therein, the Magistrate Judge granted Shelby Arron's request to proceed *in forma pauperis* but recommended that the Court dismiss this action under 28 U.S.C. § 1915(e)(2)(B) as duplicative and frivolous. (*Id.*)

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. The time for filing objections has passed, and no objections have been filed.

Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R. This action is **DISMISSED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**